# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| MELVIN LAMPTON JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:22-cv-398-GAF |
| | ) | | |
| SAINT GOBAIN ABRASIVES, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

## Notice of Filing of Supplemental Declaration by Settlement Administrator, Simpluris, Regarding Claim Numbers and Validation Process

Plaintiff, through his counsel of record, hereby files the attached Supplemental Declaration of Jacob Kamenir of Simpluris regarding claims administration matters, including the number of claim forms received and processed.

Defendant has been provided with the attached Declaration, and the parties had a conference call with Simpluris' representatives at 4:30 pm yesterday, May 28, 2024, which alleviated many of the concerns Defendant raised in its Motion for Continuance. *See* Doc. 57. As a result, Defendant no longer seeks to continue the Final Approval Hearing, and the parties are prepared to move forward with the Final Approval Hearing today at 11 am.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ *Paul D. Anderson*
Kenneth B. McClain         #32430
Paul D. Anderson           #65354
Jonathan M. Soper          #61204

Kevin D. Stanley #48008
221 W. Lexington, Suite 400
Independence, Missouri 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
pda@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify on this 29th day of May, 2024, a copy of the above document was served via the Court's Electronic Filing CM/ECF system to counsel of record.

*/s/ Paul D. Anderson*
**CLASS COUNSEL**