## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

MELVIN LAMPTON JR.,  )
                                )
                 Plaintiff,      )
                                )
v.                                )      No.    4:22-cv-398-GAF
                                )
SAINT GOBAIN ABRASIVES, INC.,    )
                                )
               Defendant.   )

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the Order granting final approval of the class action settlement and awarding attorney's fees, costs, expenses, and service award (Doc. 61) the Court enters final judgment and hereby dismisses with prejudice the Action.

The Settlement Class Representative, Settlement Class members, and Releasing Parties are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear its own costs except as provided in the Court's Order Granting Final Approval of Class Action Settlement and Awarding Attorney's Fees, Costs, Expenses, and Service Award.

The Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Agreement, the Court's Order granting final approval and awarding fees and costs, and this Final Judgment.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

1

DATED: May 29, 2024