IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MELVIN LAMPTON, JR., *et al.*, both on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAINT-GOBAIN ABRASIVES, INC.,<br><br>        Defendant. | Case No. 22-00398-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement is granted and Plaintiff's Motion and Application for Attorneys' Fees, Costs, Litigation Expenses, and Class Representative Service Award are granted.


Dated: May 30, 2024                                      PAIGE WYMORE-WYNN
                                                                Clerk of Court

Entered: May 30, 2024                                     /s/ Lisa Mitchell
                                                                (By) Deputy Clerk